**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ONE WILLIAM STREET CAPITAL MASTER FUND LTD., OWS ABS MASTER FUND, LTD., OWS ABS IV, L.P., OWS ABS IV SUB I, LLC, OWS CREDIT OPPORTUNITY I, LLC, OWS CREDIT OPPORTUNITY SUB I, LTD., 1WS CREDIT INCOME FUND, 1WSCI SUB I, LLC, CLEAR HAVEN INVESTMENTS LLC, CLEAR HAVEN INVESTMENT FUND LP, CLEAR HAVEN TOTAL RETURN PARTNERS LP, CLEAR HAVEN ULTRA SHORT INVESTMENT GRADE BOND FUND LP, SUPERIOR RISK SOLUTIONS (SAC) LTD, CLEAR HAVEN UMF FUND LP, CALIFORNIA INSURANCE COMPANY, CATLIN INSURANCE COMPANY, CONSTITUTION INSURANCE COMPANY, FLORIDA CASUALTY INSURANCE COMPANY, TEXAS INSURANCE COMPANY, EF SECURITIES LLC, CRESCENT II FUND, L.P., ELLINGTON PRIVATE OPPORTUNITIES MAIN MASTER FUND III LP, ELLINGTON M CREDIT MASTER FUND LTD., ELLINGTON SPECIAL RELATIVE VALUE FUND LLC, and SAGICOR LIFE INSURANCE COMPANY, <br><br>        Plaintiffs, <br><br>   v. <br><br>WILMINGTON TRUST, NATIONAL ASSOCIATION and VERVENT INC., <br><br>        Defendants. | Case No. 1:26-cv-01123 <br><br> NOTICE OF MOTION FOR PLAINTIFFS' MOTION TO REMAND |

**PLEASE TAKE NOTICE**, that upon the Memorandum of Law in Support of Plaintiffs' Motion to Remand, dated March 9, 2026, and all prior pleadings and proceedings herein, the

Plaintiffs, through their undersigned counsel, will move this Court at a date and time to be determined at the United States Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl St., New York, New York 10007 for an Order (i) pursuant to 28 U.S.C. § 1447, granting remand to the Supreme Court of the State of New York; and (ii) for such other and further relief that the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Local Rule 6.1(b), opposition and/or answering papers to the relief requested herein shall be served upon the undersigned no later than (14) fourteen days after service of these papers; and reply papers, if any, shall be served and filed (7) seven days after service of said answering papers.

Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Dated:   March 9, 2026
         New York, New York

By: */s/ Blair Adams*
    Blair Adams
    295 Fifth Avenue
    New York, New York 10016
    Tel: 212-849-7000
    tobyfutter@quinnemanuel.com

*Counsel for Plaintiffs*