**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

MEMO ENDORSED

March 26, 2026

**VIA ECF**

Honorable Jeannette A. Vargas
U.S. District Court for the Southern District of
New York
500 Pearl Street, Room 703
New York, NY 10007

Re:     *One William Street Capital Master Fund Ltd. et al. v. Wilmington Trust, National*
        *Association et al.*, Case No. 1:26-cv-01123 (JAV)

Dear Judge Vargas:

This firm represents Plaintiffs[1] in the above-referenced action.  Out of an abundance of

caution, and pursuant to Rule 3(E) of the Court's Individual Rules and Practices in Civil Cases,

Plaintiffs move the Court to enter an order clarifying that Plaintiffs' response to Defendants'[2]

---

[1] "Plaintiffs" refers to, collectively, One William Street Capital Master Fund Ltd., OWS ABS Master Fund, Ltd., OWS ABS IV, L.P., OWS ABS IV Sub I, LLC, OWS Credit Opportunity I, LLC, OWS Credit Opportunity Sub I, Ltd., 1WS Credit Income Fund, 1WSCI Sub I, LLC, Clear Haven Investments LLC, Clear Haven Investment Fund LP, Clear Haven Total Return Partners LP, Clear Haven Ultra Short Investment Grade Bond Fund LP, Superior Risk Solutions (SAC) Ltd, Clear Haven UMF Fund LP, California Insurance Company, Catlin Insurance Company, Constitution Insurance Company, Florida Casualty Insurance Company, Texas Insurance Company, EF Securities LLC, Crescent II Fund, L.P., Ellington Private Opportunities Main Master Fund III LP, Ellington M Credit Master Fund Ltd., Ellington Special Relative Value Fund LLC, and Sagicor Life Insurance Company.
[2] "Defendants" refers to Wilmington Trust, National Association ("Wilmington Trust"), and Vervent Inc. ("Vervent").

**quinn emanuel urquhart & sullivan, llp**
ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DUBAI | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEW YORK | PARIS | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

*Cross Motion to Transfer Action to the Bankruptcy Court Presiding Over the Tricolor Debtors'*

*Bankruptcy Cases and Opposition to Plaintiffs' Motion to Remand* will be Plaintiffs' Opposition

to Defendants' Cross-Motion, filed together with Plaintiffs' Reply to Defendants' Opposition to

Plaintiffs' Motion to Remand.  Such response will be due 14 days from the filing of Defendants'

Cross-Motion, April 6, 2026, with an 8,750 word limit.  Further, Defendants' Reply to Plaintiffs'

Opposition to Defendants' Cross-Motion will be due 14 days from the filing of Plaintiffs'

Opposition to Defendants' Cross-Motion, April 20, 2026, with a 3,500 word limit.  Defendants

consent to this request.

The parties previously moved the Court to enter an order extending the deadline for

Defendants to move, answer, or otherwise respond to Plaintiffs' Complaint until 30 days after a

ruling on Plaintiffs' Motion to Remand.  The Court granted this request.  All parties consent to

this motion.  To date, no appearance by the parties before the Court has been scheduled, and no

Civil Case Management Plan has been entered.

Respectfully,

Blair Adams

Blair Adams


cc:    Eric Winston (ericwinston@quinnemanuel.com)
       Deborah Newman (deborahnewman@quinnemanuel.com)
       Robert S. Loigman (robertloigman@quinnemanuel.com)
       Toby E. Futter (tobyfutter@quinnemanuel.com)
       Wilmington Trust's counsel of record (via ECF)
       Vervent's counsel of record (via ECF)


SO ORDERED:

_____
The Honorable Jeannette A. Vargas
United States District Judge
Dated: March 30, 2026

2