**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ONE WILLIAM STREET CAPITAL MASTER FUND LTD., OWS ABS MASTER FUND, LTD., OWS ABS IV, L.P., OWS ABS IV SUB I, LLC, OWS CREDIT OPPORTUNITY I, LLC, OWS CREDIT OPPORTUNITY SUB I, LTD., 1WS CREDIT INCOME FUND, 1WSCI SUB I, LLC, CLEAR HAVEN INVESTMENTS LLC, CLEAR HAVEN INVESTMENT FUND LP, CLEAR HAVEN TOTAL RETURN PARTNERS LP, CLEAR HAVEN ULTRA SHORT INVESTMENT GRADE BOND FUND LP, SUPERIOR RISK SOLUTIONS (SAC) LTD, CLEAR HAVEN UMF FUND LP, CALIFORNIA INSURANCE COMPANY, CATLIN INSURANCE COMPANY, CONSTITUTION INSURANCE COMPANY, FLORIDA CASUALTY INSURANCE COMPANY, TEXAS INSURANCE COMPANY, EF SECURITIES LLC, CRESCENT II FUND, L.P., ELLINGTON PRIVATE OPPORTUNITIES MAIN MASTER FUND III LP, ELLINGTON M CREDIT MASTER FUND LTD., ELLINGTON SPECIAL RELATIVE VALUE FUND LLC, and SAGICOR LIFE INSURANCE COMPANY,<br><br>　　　　　　　Plaintiffs,<br><br>　　　-against-<br><br>WILMINGTON TRUST, NATIONAL ASSOCIATION and VERVENT INC.,<br><br>　　　　　　　Defendants. | Case No. 1:26-cv-01123 |

## <u>DECLARATION OF BLAIR ADAMS IN OPPOSITION TO DEFENDANTS' CROSS-MOTION TO TRANSFER AND REPLY IN FURTHER SUPPORT OF PLAINTIFFS' MOTION TO REMAND</u>

　　　I, Blair A. Adams, hereby declare under the penalty of perjury, pursuant to 28 U.S.C.

1746 that:

1.      I am an attorney admitted to practice before this court and a partner at the law firm Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), counsel for Plaintiffs in the above-captioned action.

2.      I make this declaration in opposition to Defendants' Cross-Motion to Transfer and in reply in further support of Plaintiffs' Motion to Remand, filed on April 6, 2026 (the "Opposition and Reply").

3.      Attached as **Exhibit 1** is a true and accurate copy of data from Lex Machina, accessed on March 27, 2026, showing the median time from filing to trial for cases filed in the United States District Court for the Southern District of New York from January 1, 2016, to March 27, 2026.

4.      Attached as **Exhibit 2** is a true and accurate copy of data from Lex Machina, accessed on March 26, 2026, showing the median time from filing to trial for commercial cases filed in New York County Supreme Court from January 1, 2016, to March 26, 2026.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 6th day of April, 2026 in New York, New York.

/s/ Blair A. Adams
Blair A. Adams