# EXHIBIT 1

Case 1:26-cv-01123-JAV    Document 48-1    Filed 04/06/26    Page 1 of 2

# Federal Court

Showing **108,800** federal district court cases; in S.D.N.Y. ; pending between 2016-01-01 and 2026-03-27 .; sorted by most recent docket activity.

## Timing



☑ **Trial**
**1,343** cases
Median: 1,104 days

| Event | Cases Reaching Event | Median Days from Case Filing to Order |
|---|---|---|
| **Temporary Restraining Order (Grant)** | 876 | 13 |
| **Temporary Restraining Order (Deny)** | 195 | 24 |
| **Preliminary Injunction (Grant)** | 1,054 | 32 |
| **Preliminary Injunction (Deny)** | 542 | 90 |
| **Permanent Injunction (Grant)** | 1,718 | 276 |
| **Permanent Injunction (Deny)** | 47 | 473 |
| **Dismiss (Contested)** | 11,590 | 312 |
| **FLSA Conditional Certification** | 671 | 322 |
| **Class Certification** | 660 | 825 |
| **Claim Construction Hearing** | 58 | 431 |

Show More Events