# EXHIBIT 2

# State Court

Showing **54,827** state court cases; in NY: New York County Supreme Court ; with Commercial case type ; filed between 2016-01-01 and 2026-03-26 .; sorted by most recent document activity.

## Timing



| Event | Cases Reaching Event | Median Days from Case Filing to Order |
|---|---|---|
| **Termination** | 40,915 | 286 |